# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3138
Lower Tribunal No. CF20-003306

_____

RIKIJI DEANDRE CHAPPER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED